IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDY STANKO, individually, and on behalf of other prisoners in the Sheridan and Scottsbluff County Jails,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIDAN COUNTY; MARK OVERMAN, individually; JEFF BREWER, individually; and AARON CONN, individually, as a private attorney and in his official capacity as County attorney,<br><br>Defendants. | 8:20CV294<br><br>**MEMORANDUM AND ORDER** |

On November 13, 2020, the court ordered Plaintiff to file an amended complaint by December 14, 2020, or face dismissal of this action. (Filing 7.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 15th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge